IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CRUM,

    Plaintiff,

    v.

UNUM LIFE INSURANCE COMPANY, et al.,

    Defendants.

CIV-S-04-0125 DFL PAN

ORDER

    Plaintiff Daniel Crum has filed an ex parte application to continue the hearing, currently set for July 27, 2005, of defendants' motion for summary judgment. Plaintiff requests an extension of 90 to 120 days in order to obtain medical records and declarations. A continuance would require adjustment of the remaining dates set by the court's December 2, 2004 Scheduling Order. The scheduling order may be modified only upon a showing of good cause. Fed.R.Civ.P. 16(b). Plaintiff has not shown

\\\

\\\

\\\

1

1  good cause, given that the need for plaintiff's medical records
2  should have been anticipated and planned for in advance of
3  defendants' motion.  Therefore, plaintiff's request for a
4  continuance is DENIED.
5       IT IS SO ORDERED.
6  Dated: 7/8/2005

             _____
             DAVID F. LEVI
             United States District Judge