1

2

3

4

5

6

7

8

9

10

11                        IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13
     DANIEL CRUM,
14                                          CIV. S-04-125-DFL
          Plaintiff,
15
          v.                        ORDER RE DISPOSITION AFTER
16                                  NOTIFICATION OF SETTLEMENT
     UNUM LIFE INSURANCE COMPANY
17   OF AMERICA,

18        Defendants.
     _____/
19

20       The court has been advised by John C. Ferry, Esq., attorney

21   for defendant, that this action has been settled.  Therefore,

22   it is not necessary that the action remain upon the court's

23   active calendar.

24       Accordingly, IT IS ORDERED:

25       1.  That counsel file settlement/dismissal documents, in

26   accordance with the provisions of Local Rule 16-160, no later

                                   1

1    than November 14, 2005, and,

2        2.   That all hearing dates previously set in this matter

3    are vacated.

4        IT IS SO ORDERED.

5    Dated:   October 14, 2005

6

7
                              /s/ David F. Levi
8                             DAVID F. LEVI
                              United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26