MICHAEL G. GLANZBERG (SBN 172151)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendant
BIG O TIRES – NORTHERN CALIFORNIA
AND NORTHERN NEVADA OWNERS
EMPLOYEE WELFARE BENEFIT PLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CRUM, | CASE NO. CIV.S-04-0125 DFL PAN |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER THEREON** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation, UNUMPROVIDENT, a Delaware corporation, BIG OF TIRES OF NORTHERN CALIFORNIA AND NORTHERN NEVADA, a California Corporation, BIG O TIRES – NORTHERN CALIFORNIA AND NORTHERN NEVADA OWNERS, an employee welfare benefit plan, and DOES 1 through 1000, inclusive, | |
| Defendants. | |

1  Plaintiff Daniel Crum ("plaintiff"), defendants Unum Life Insurance Company of America,
2  UnumProvident Corporation, and Big of Tires of Northern California and Northern Nevada, a
3  California Corporation, Big O Tires – Northern California and Northern Nevada Owners, an
4  employee welfare benefit plan (collectively "defendants"), through their respective attorneys of
5  record, Steven Duditch, Esq., on behalf of plaintiff, and Michael G. Glanzberg, Esq. of Kelly,
6  Herlihy & Klein, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter
7  and all claims of relief therein can be dismissed with prejudice in its entirety. Each party to bear its
8  own costs.
9  IT IS SO STIPULATED.

10

11 Date: October __, 2005                    By_____/s/_____
                                                Steven Duditch
12                                              Attorneys for Plaintiff
                                                Daniel Crum
13

14                                           KELLY, HERLIHY & KLEIN LLP

15

16 Dated: October __, 2005                   By_____/s/_____
                                                Michael G. Glanzberg
17                                              Attorneys for Defendants
                                                Unum Life Insurance Company of America,
18                                              Unumprovident Corporation and Big of Tires
                                                of Northern California and Northern Nevada, a
19                                              California Corporation, Big O Tires – Northern
                                                California and Northern Nevada Owners
20

21                                **O R D E R**

22 IT IS SO ORDERED.

23 Dated: 11/18/2005

24

25

26                                           _____
                                             DAVID F. LEVI
27                                           United States District Judge

28

STIPULATION OF DISMISSAL WITH PREJUDICE OF
ENTIRE ACTION; [PROPOSED] ORDER THEREON

-2-                                      CASE NO. CIV.S-04-0125 DFL PAN